396 A.2d 836

Lehman v. Motzer et al., Appellants, et al.

Argued October 23, 1978.
Joseph E. Altomare, for appellants; No appearance entered nor brief submitted for appellee, Lehman; Paul H. Millin, for appellee, Tucker.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

396 A.2d 836

Leone et ux., Appellants, v. Phillips et ux.

Argued October 24, 1978. Neil J. Marcus, for appellants; Clyde G. Tempest, for appellees.

Before CERCONE, WIEAND and HOFFMAN, JJ.

OPINION PER CURIAM: The order of the court below dismissing the instant case is vacated and the case is remanded for a determination on the merits.